IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER WAYNE HAAKENSTAD,

    Petitioner,

v.

DENISE SYMDON,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-702-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent, Denise Symdon, denying petitioner Christopher Wayne Haakenstad's petition for writ of habeas corpus.

| /s/ | 12/29/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |